UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x

CRYSTAL DAVIS, Individually and on Behalf of All Other Persons Similarly Situated,

                      Plaintiff,

    v.

FOOTBRIDGE ENGINEERING SERVICES, LLC and THE FOOTBRIDGE COMPANIES, LLC,

                      Defendants.

C.A. No. 1:09-cv-11133

-----------------------------------------------------------------x

## NOTICE OF PAYMENT OF FEES IN CONNECTION WITH ASSENTED-TO MOTION TO ADMIT OUT-OF-STATE ATTORNEY, WILLIAM J. ANTHONY, PRO HAC VICE

      Counsel for Defendants, Douglas J. Hoffman of the law firm Jackson Lewis LLP, hereby gives notice of the payment of the $50.00 filing fee in connection with the Assented-To Motion to Admit Out-Of-State Attorney, William J. Anthony, Pro Hac Vice, which was filed with this Court on July 22, 2009.

                      Respectfully submitted,

                      FOOTBRIDGE ENGINEERING SERVICES, LLC
                      THE FOOTBRIDGE COMPANIES, LLC

                      By their attorneys,

                      /s/ Douglas J. Hoffman
                      Douglas J. Hoffman (BBO # 640472)
                      JACKSON LEWIS LLP
                      75 Park Plaza
                      Boston, MA 02116
                      (617) 367-0025; (617) 367-2155 (fax)
                      hoffmand@jacksonlewis.com

Dated: July 24, 2009

## **CERTIFICATE OF SERVICE**

      This is to certify that on July 24, 2009, a copy of the foregoing document was electronically filed with the United States District Court for the District of Massachusetts through its Electronic Case Filing system.

                                              /s/ Douglas J. Hoffman
                                              Jackson Lewis LLP