UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CRYSTAL DAVIS, Individually and on Behalf of All Other Persons Similarly Situated,

                        Plaintiffs,

      v.

FOOTBRIDGE ENGINEERING SERVICES, LLC and THE FOOTBRIDGE COMPANIES, LLC,

                        Defendants.

C.A. No. 1:09-cv-11133

---

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendants Footbridge Engineering Services, LLC and The Footbridge Companies, LLC ("Defendants"), move, with the assent of Plaintiff, for a brief extension of the date by which Defendants must respond to Plaintiff's Complaint, to and including August 17, 2009. As grounds for their motion, Defendants state that that they have only recently retained counsel, and that additional time is necessary to enable them to adequately respond to the factual allegations in the Complaint.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants hereby certifies that it conferred with counsel for Plaintiff, and counsel for Plaintiff assented to the relief requested herein.

        Respectfully submitted,

        FOOTBRIDGE ENGINEERING SERVICES, LLC
        THE FOOTBRIDGE COMPANIES, LLC

        By their attorneys,

        /s/ Douglas J. Hoffman
        Douglas J. Hoffman (BBO # 640472)
        William J. Anthony (pro hac vice)
        JACKSON LEWIS LLP
        75 Park Plaza
        Boston, MA 02116
        (617) 367-0025; (617) 367-2155 (fax)
        hoffmand@jacksonlewis.com

Dated: July 31, 2009

## CERTIFICATE OF SERVICE

      This is to certify that on July 31, 2009, a copy of the foregoing document was electronically filed with the United States District Court for the District of Massachusetts through its Electronic Case Filing system.

        /s/ Douglas J. Hoffman
        Jackson Lewis LLP